1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRUCE CHARLES DAVIS,

11            Plaintiff,                    No. CIV S-05-2394 LKK DAD P

12       vs.

13   NANCY COCHRANE, et al.,

14            Defendants.            ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed a breach of contract action

17   seeking relief pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $250.00 filing fee or

18   submitted an application to proceed without prepaying the fee.  See 28 U.S.C. §§ 1914(a) and

19   1915(a).  Plaintiff will be granted thirty days to submit the filing fee or an application to proceed

20   in forma pauperis.

21           Plaintiff has filed a document titled "Caveat Interrogatories-D.A" and a separate

22   document requesting two subpoena forms and instructions for service of subpoenas.  Plaintiff

23   may not engage in discovery in this case until the fee issue has been resolved and the court has

24   screened plaintiff's pro se complaint to determine whether the complaint states any claim

25   cognizable under § 1983 and whether any named defendant should be served with the complaint.

26   It the court authorizes plaintiff to proceed against either or both of the defendants, the court will

1

1   direct the United States Marshal to serve the complaint.  The court will not issue an order

2   concerning discovery in this case until at least one defendant has been properly served and has

3   appeared in the action.  For these reasons, plaintiff's request for subpoenas will be denied, and

4   the document that purports to propound interrogatories will be disregarded.

5                  Accordingly, IT IS HEREBY ORDERED that:

6                  1.  Plaintiff's November 28, 2005 "Caveat Interrogatories-D.A" will be

7   disregarded;

8                  2.  Plaintiff's November 28, 2005 request for subpoena forms is denied;

9                  3.  Plaintiff shall submit, within thirty days from the date of this order, either the

10   $250.00 filing fee or a properly completed application to proceed in forma pauperis on the form

11   provided with this order; plaintiff's failure to comply with this order will result in a

12   recommendation that the district judge dismiss this action; and

13                  4.  The Clerk of the Court is directed to send plaintiff this court's Application to

14   Proceed In Forma Pauperis By a Prisoner for use in a civil rights case.

15   DATED: December 15, 2005.

16

17

18   DAD:13:mp

19   davi2394.3a

20

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE